UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| Mario Alexander GUEVARA,<br><br>*Petitioner*,<br><br>v.<br><br>George STERLING, in his official capacity as Director of the Atlanta Field Office, Immigration and Customs Enforcement *et al.*,<br><br>*Respondents*. | Case No. 2:25-cv-00104-LGW-BWC |

### **DECLARATION OF OSCAR GUEVARA SAENZ**

I, Oscar Guevara Saenz, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge.

1. I am over the age of 18, am competent to give this declaration, and testify from my own personal knowledge regarding the facts in this declaration.

2. I am Mario Guevara's oldest son and a U.S. citizen.

3. I was born in Georgia and am 21 years old.

4. I currently live in Lilburn, Georgia in Gwinnett County with my mother, my father before he was detained, my sister Katherine (27 years old), and my younger brother J█████ (14 years old). My sister is a DACA recipient and my

1

brother is a U.S. citizen.

5. My father is the breadwinner for our family. He is also our emotional heart and soul. My mother, my siblings, and I all rely on him for guidance and support, both financial and psychological. We are adrift without him.

6. My father also plays a central role in maintaining my physical and mental health. In August of 2021, I was diagnosed with a large brain tumor that was causing me severe migraines. I suffered a stroke during the surgery to remove the tumor. This left me with a stutter, periodic seizures, and intense nerve pain. I rely on my father for help accessing medical care, like setting up appointments and driving me there, and also to work. He also very much keeps my spirits up when I am struggling or in a lot of pain.

7. My father's being locked away from us has ripped a hole in all of our lives that can only be filled by his coming home.

8. When the immigration judge ordered my father to be released on bond on July 1, 2025, my family and I were truly ecstatic. I immediately tried to pay the $7500 bond online, but each time I received a message stating that my father was not releasable. On July 2, 2025, I took a cashier's check to the ICE office in Atlanta to try to pay the bond. We were told that ICE did not accept the judge's bond order and was appealing. They refused to accept the check. On July 3, 2025, my family was allowed to pay the Gwinnett County bond for a now-dismissed reckless driving

charge against my father. But, of course, this did not result in my father's release from ICE custody.

9. Since my father has been detained, I have tried to help financially provide for my family but it is difficult. I work part-time as a sports photographer for the Gwinnett Daily Post. I also work as a freelance photographer for private events like weddings, baby showers, and quinceanera parties. My sister also works as an HR assistant. But our earnings are not enough to sustain us. Without the help of our church and the GoFundMe page that was set up for my father and us, we would not be able to pay for our basic necessities.

10. With my father gone, I also try to be the emotional support for my mother and siblings. My mother is a strong woman and rarely cries, but I see how deeply sad and anxious she is without her husband of 28 years. She has difficulty sleeping. My sister tries to put on a brave face but I see her crying several times a week, missing our father. My little brother is only a freshman in high school. He doesn't talk about his emotions but I know it is traumatic for him, at his age, to have his father arrested and taken away, indefinitely it seems.

11. My father is a very well-known journalist in the Hispanic community in the greater Atlanta area. Before coming to the United States, which was before I was born, he worked for *La Pensa Grafica*, one of the two biggest—if not the biggest—daily national newspapers in El Salvador.

12. After coming to the United States, he worked for many years for *Mundo Hispanico*, a Spanish-language weekly newspaper in the metro-Atlanta area. For many people my dad <u>was</u> *Mundo Hispanico*. For instance, readers posting comments in response to *Mundo Hispanico* articles online would address them to "Mario," even if another journalist wrote the article.

13. In 2024, my father left *Mundo Hispanico* and started his own, online news company, MG News.

14. The topics of immigration and law enforcement are both important parts of MG News' beat. One of the biggest stories MG News has reported on was the arrest and ICE detainment of Ximena Arias-Cristobal, a 19-year-old college student from Dalton, Georgia who was misidentified for traffic violations in May 2025 and detained at the Stewart ICE facility for 2 weeks until she was released on bond.

15. My father's recording and livestreaming of law enforcement activity, including ICE, in the metro-Atlanta area is why so many people follow my father on Facebook (783,000 followers), and also why they read and watch MG News (112,000 followers).

16. There is a lot of fear of law enforcement in the Hispanic community, including in Gwinnett County where 23% of the population is Hispanic. People are afraid of being arrested and detained or deported. Having timely information about the local activities of ICE, and other law enforcement who may be working with

ICE, is vitally important information to our community. Having accurate information, even if it is scary or concerning, can help decrease the unease of not knowing at all.

17. MG News' output of news content has decreased massively since my father has been detained. MG News is a small operation and he was the primary newsgatherer. I am doing what I can to help keep it going, but I am not a journalist or a writer. I contribute photography and help out in the office. Our community is less informed with my father not able to report from the Folkston ICE center.

18. I have also observed that while my father has been detained and after his phones were seized by Gwinnett County, certain recordings posted on MG News and on his own Facebook page have disappeared. This includes videos of his June 14, 2025 arrest while he was reporting on a "No Kings" protest in DeKalb County and videos of law enforcement activity on May 13 and May 20, 2025 that were the alleged basis for the now-dismissed Gwinnett County traffic violation charges against him. This is very suspicious because no one in our family or at MG News removed those videos.

19. My father calls us several times a day from Folkston, and I have driven the nearly 5 hours to see him in person four times within the last two months. He's lost a lot of weight, about 20 pounds, since he's been there. He has been placed in solitary confinement and is in a cell by himself 22 hours a day. The two hours a day

he gets to go outside, he is still confined. He's not allowed to play soccer, like the other detainees who are not in solitary. He can only talk to other detainees through the air vents that connect the cells.

20. ICE claims they are holding him in isolation for his own safety, but the experience is entirely punishing.

21. Yet, even in jail and in isolation, my father is looking out for others. He uses his commissary funds to buy food for other detainees who don't have anyone to put money in their accounts.

22. My father is a very caring and brave person. He says as a journalist you can never be scared.

23. To my knowledge, he is the only journalist in the country who is being jailed on account of his reporting. This is not right.

24. I miss and need my father. So do my mom, sister, and little brother.

25. Please allow him to come home to us.


Executed on August 19, 2025
Lilburn, Georgia


*Oscar Guevara Saenz*
Oscar Guevara Saenz