UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

Mario Alexander GUEVARA,

    Petitioner,

    v.

Warden, Folkston ICE Processing Center, *et al*.,

    Respondents,

CASE NO. 2:25-cv-00104-LGW-BWC

**DECLARATION OF SUPERVISORY DETENTION AND DEPORTATION OFFICER
WANICK AMBROISE**

I, Wanick Ambroise, declare as follows:

1. I have been employed with the U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE/ERO") since September 2007. I am currently a Supervisory Detention and Deportation Officer (SDDO); I have held that title since April 2025. I am currently assigned to the Folkston ICE Processing Center (FIPC) falling under the portfolio/supervision of the Atlanta, Georgia office for ERO.

2. In my capacity as SDDO, I am familiar with the case involving Mario Alexander Guevara ("Petitioner"), whose alien registration number is A088-402-287. I have reviewed the relevant documents from the Petitioner's alien file ("A-file") and other official government records related to Petitioner's removal proceedings and, unless otherwise stated, this declaration is based on that review.

3. The Petitioner is currently detained by ICE/ERO at FIPC under the authority of section 236(a)(1) of the Immigration and Nationality Act (INA).

4. The Petitioner is a native and citizen of El Salvador. On or about June 23, 2008, DHS issued a Notice to Appear (NTA) following the referral Petitioner's application for relief from removal to the Immigration Judge. The NTA charged the Petitioner as removable under INA § 237(a)(1)(B). The NTA was initially filed with the immigration court in Arlington, Virginia. The Petitioner appeared with counsel on September 30, 2008, and conceded service of the NTA, the factual allegations and removability. At a later hearing,

venue was changed to the immigration court in Atlanta, Georgia based on the Petitioner's address.

5.  On September 22, 2010, the Petitioner appeared with counsel and affirmed his intention to file an application for relief. The matter was set for a final hearing.

6.  On September 27, 2011, the Petitioner appeared with counsel for a hearing on the merits of his application for relief. Testimony was not completed at that time, and the matter was continued to December 1, 2011, for additional testimony. The matter was continued again for additional testimony to June 21, 2012. The Petitioner appeared with counsel on June 21, 2012, and the Immigration Judge denied his application for relief but granted voluntary departure. *See* Exhibit A, Immigration Judge decision dated June 21, 2012.

7.  The Petitioner reserved appeal. The Petitioner filed a Notice of Appeal with the Board of Immigration Appeals (BIA) on or about July 17, 2012. Following a joint motion from the parties, the BIA administratively closed the Petitioner's case. *See* Exhibit B, Administrative Closure Order dated December 17, 2012.

8.  On June 14, 2025, ERO encountered the Petitioner at the Dekalb County, Georgia jail. *See* Exhibit C, Form I-213 dated June 14, 2025.

9.  The Petitioner entered ICE/ERO custody on or about June 18, 2025 and was transferred to FIPC.

10. On July 3, 2025, the Petitioner was transferred to a local law enforcement agency to resolve pending charges. *See* Exhibit D, Criminal Arrest Warrants;

11. The same day, July 3, 2025, the Petitioner re-entered ICE/ERO custody. To date, Petitioner has been detained in ICE/ERO custody for 54 days.

12. On or about June 27, 2025, DHS filed a Motion to Recalendar the Petitioner's appeal with the BIA. To date, the motion, and therefore the Petitioner's appeal, remains pending with the BIA.

Pursuant to Title 28, U.S. Code Section 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, this 26th day of August 2025.

WANICK AMBROISE    Digitally signed by WANICK AMBROISE
Date: 2025.08.26 15:19:41 -04'00'

Wanick Ambroise, Supervisory Detention & Deportation Officer
Department of Homeland Security
Immigration & Customs Enforcement
Folkston ICE Processing Center

# AMBROISE DECLARATION

# EXHIBIT A

DHS, USICE

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
UNITED STATES IMMIGRATION COURT
ATLANTA, GEORGIA

CHIEF COUNSEL OFFICE
ATLANTA, GA

File:  A088-402-287, et al                          June 21, 2012

In the Matter of


|  |  |  |
|---|---|---|
| MARIO A. GUEVARA, ET AL | ) | IN REMOVAL PROCEEDINGS |
|  | ) |  |
|     RESPONDENTS | ) |  |

CHARGES:


APPLICATIONS:


ON BEHALF OF RESPONDENT: BYRON KIRKPATRICK, ESQUIRE, 600
PEACHTREE STREET, SUIT 5200, ATLANTA, GA 30308

ON BEHALF OF DHS: RANDALL W. DUNCAN, ASSISTANT CHIEF COUNSEL


## ORAL DECISION OF THE IMMIGRATION JUDGE

### PROCEDURAL BACKGROUND

         This case came before the Court as the result of
Notices to Appear that were issued by the Department of Homeland
Security.  The charging documents allege that each Respondent is
a native and citizen of El Salvador and that each is removable
from the United States pursuant to Section 237(a)(1)(B) of the
Immigration and Nationality Act.  The Respondents have each

admitted the factual allegations in the Notices to Appear, and each has conceded removability.  In light of the foregoing, the Court finds by clear and convincing evidence that the Respondents are each removable from the United States as charged.  The Court designates El Salvador as the country of removal should that become necessary.

The lead Respondent, Mario Guevara, filed an application ███████████████████████████ ███

███████████████████████████████████████ ███

███████████████████████████████████████████

███████████████████     █████████████████████

███████████     Respondents seek voluntary departure as an alternate form of relief.

STATEMENT OF THE LAW









A088-402-287, et al                    5                    June 21, 2012























█████████████████████████

█████████████████████████████████████████████████

████████████████    ████████████████████████████████

████████████

ORDER

IT IS HEREBY ORDERED that the Respondents' application

████████████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████, DENIED.

IT IS FURTHER ORDERED that each Respondent's
application for voluntary departure be, and hereby is, GRANTED.
Respondents are granted voluntary departure up to and including
August 20, 2012, which is 60 days from today upon the posting of
a bond of $500 within five business days with an alternate Order
of Removal to El Salvador.

WARNING TO RESPONDENTS:  Failure to leave the United
States as agreed means that you could be removed from this
country, you may have to pay a civil penalty of between $1,000
to $5,000 and you will be ineligible for 10 years to come from
receiving cancellation of removal, adjustment of status, change
of status, voluntary departure or relief under the registry
provisions.

The Respondents have reserved the right to appeal.
The deadline for filing an appeal is July 23, 2012.

If Respondents file an appeal, they are hereby advised

that they must provide the Board of Immigration Appeals within 30 days of filing an appeal sufficient proof of having posted the voluntary departure bond.

The Respondents are advised that the Board will not reinstate the voluntary departure period in its final order if they do not submit timely proof to the Board that the voluntary departure bond has been posted.

If Respondents do not appeal and instead file a Motion to Reopen or Motion to Reconsider during the voluntary departure period, they are hereby advised that the period allowed for voluntary departure will not be stayed, tolled or extended. The grant of voluntary departure will be terminated automatically, the alternate Order of Removal will take effect immediately and the penalties for failing to depart voluntarily will not apply. Finally, the Respondents are advised that the Court has set the civil monetary penalty for failing to depart within the voluntary departure period at the presumptive amount of $3,000.


EARLE B. WILSON
Immigration Judge

## CERTIFICATE PAGE

I hereby certify that the attached proceeding before JUDGE EARLE B. WILSON, in the matter of:

MARIO A. GUEVARA

A088-402-287

ATLANTA, GEORGIA

is an accurate, verbatim transcript of the recording as provided by the Executive Office for Immigration Review and that this is the original transcript thereof for the file of the Executive Office for Immigration Review.

*Janine M Giambalvo*

JANINE M. GIAMBALVO (Transcriber)

YORK STENOGRAPHIC SERVICES, Inc.

September 4, 2012

(Completion Date)

jmg/mab

# AMBROISE DECLARATION

# EXHIBIT B

**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

KIRKPATRICK, BYRON W. ESQ.  DHS/ICE Office of Chief Counsel - ATL
TROUTMAN SANDERS LLP   180 Spring Street, Suite 332
600 PEACHTREE STREET NE, SUITE 5200 Atlanta, GA 30303
ATLANTA, GA 30308

Name: GUEVARA, MARIO ALEXANDER  A 088-402-287

Date of this notice: 12/17/2012

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely,

*Donna Carr*

Donna Carr
Chief Clerk

Enclosure

Panel Members:
Holmes, David B.

schwarzA
Userteam: Docket



U.S. Department of Justice

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

GUEVARA, MARIO ALEXANDER          DHS/ICE Office of Chief Counsel - ATL
514 HARVARD DR                    180 Spring Street, Suite 332
LILBURN, GA 30047                 Atlanta, GA 30303

Name: GUEVARA, MARIO ALEXANDER          A 088-402-287

Date of this notice: 12/17/2012

Enclosed is a copy of the Board's decision in the above-referenced case. This copy is being provided to you as a courtesy. Your attorney or representative has been served with this decision pursuant to 8 C.F.R. § 1292.5(a). If the attached decision orders that you be removed from the United States or affirms an Immigration Judge's decision ordering that you be removed, any petition for review of the attached decision must be filed with and received by the appropriate court of appeals within 30 days of the date of the decision.

Sincerely,

*Donna Carr*

Donna Carr
Chief Clerk

Enclosure

Panel Members:
Holmes, David B.

schwarzA
Userteam: Docket

**U.S. Department of Justice**
Executive Office for Immigration Review

Decision of the Board of Immigration Appeals

Falls Church, Virginia 22041

Files:   A088 402 287 – Atlanta, GA



Date:   **DEC 17 2012**

In re:   MARIO ALEXANDER GUEVARA

IN REMOVAL PROCEEDINGS

APPEAL AND MOTION

ON BEHALF OF RESPONDENTS:  Byron W. Kirkpatrick, Esquire

ON BEHALF OF DHS:       James A. Lazarus
                        Associate Legal Advisor

An appeal from the Immigration Judge's decision in this case is currently pending before the Board of Immigration Appeals ("Board"). The parties have now filed a joint motion to administratively close these proceedings based upon the Department of Homeland Security's exercise of prosecutorial discretion. The motion will be granted, and the proceedings administratively closed.

If either party to this case wishes to reinstate the proceedings, a written request to reinstate the proceedings may be made to the Board. The Board will take no further action in the case unless a request is received from one of the parties. The request must be submitted directly to the Clerk's Office, without fee, but with certification of service on the opposing party.

Accordingly, the following order will be entered.

ORDER: The proceedings before the Board of Immigration Appeals in this case are administratively closed.

_____
FOR THE BOARD

# AMBROISE DECLARATION

# EXHIBIT C

EARM

Logged In: ███████████ |

Person ID: 6670349  Sex: **M** DOB: 09/25/1977  Current Age: **47**  COB: **ELSAL**  COC: **ELSAL**

Subject ID  398976511  Processing Disposition  Other  ICE Non Detained Portal Verified Account  **No**  RCA Look Up

Case #  6835865  Case Category **[3]**  Docket  FOK  250 374 DO Morris

Final Order of Removal: **No**              Time in Custody: **53 days**              Special Class:
Final Order Date: **N/A**                    Depart / Cleared Status: **ACTIVE**
Proceed With Removal: **N/A**
Days Final Order in Effect: **N/A**



**Current / Active Alerts**

| In Custody |
|---|

| Criminal |
|---|

## Guevara, Mario Alexander 088 402 287

## Encounter Details

### 4 Encounter(s) linked to Person ID: 6670349

|  | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ○ | 4 | 399306097 | 088402287 | GUEVARA | MARIO ALEXANDER | ELSAL | No Priority |  | 07/02/2025 | 6835865 | 3 | Unlink |
| ○ | 3 | 398980490 | 088402287 | GUEVARA | MARIO ALEXANDER | ELSAL | No Priority |  | 06/14/2025 | 6835865 | 3 | Unlink |
| ◉ | 2 | 398976511 | 088402287 | GUEVARA | MARIO ALEXANDER | ELSAL | No Priority |  | 06/14/2025 | 6835865 | 3 | Unlink |
| ○ | 1 | 275538568 | 088402287 | GUEVARA | MARIO ALEXANDER | ELSAL | No Priority | ███ | 08/08/2008 | 6835865 | 3 | Unlink |

## Encounter Details

All information below may only be edited in EAGLE

### Event / Incident Information

Event Number: **ATL2506001051**          Operation: **N/A**                    Primary Agent: **K 7147 CHOWHAN**
Event Occurred On  **06/14/2025**          Site  **ATL**                        Assigned On  **06/14/2025**
Event Type: **ERO Criminal Alien Program**   Landmark: **DEKALB - DEKALB COUNTY, GA**   Event Supervisor: **A7310 ARROYO**
Program  **CAP - ERO Criminal Alien Program**                                 Assigned On  **06/14/2025**

### Subject Information

FINS: **1002384311**                        Historical Priority: **No Priority**          Role: **P**
DNA Collection Device Number: **E0635047**   Criminal Type: **N/A**                        Role Comment: **N/A**
A Number  **088 402 287**                   Agg Felon  **No Aggravated Felony Convictions**   Processing Disposition  **Other**
Control Name: **GUEVARA**                    Primary Citizenship: **EL SALVADOR**          INS Status: **N/A**
First Name  **MARIO ALEXANDER**             Stateless Type  **N/A**                       POE  **N/A**
Middle Name: **N/A**                         Hair: **BLK**                                Entry Date: **N/A**
Maiden: **N/A**                              Eyes: **BRO**                                Entry Class: **N/A**
Nickname  **N/A**                            Complexion  **N/A**                          Apprehension Date  **2025-06-18 08:01:53.0**
Living?: **N/A**                             Race: **W**                                  Warrant served by Warrant Service Officer (WSO)?
Sex  **M**                                   Origin  **H**                                **N/A**
Marital Status: **Married**                  Date of Birth: ████7                         Arrest Method  **CAP Local Incarceration**
SSN: **N/A**                                 Age: **47**                                  Site: **ATL**

| | | |
|---|---|---|
| Juvenile Verified: **N/A** | Age at Encounter: **47** | Landmark: **DEKALB - DEKALB COUNTY, GA** |
| Occupation **N/A** | Height **69** | Arrest At/Near **Atlanta, Ga** |
| TSC Log #: **N/A** | Weight: **210** | Juvenile Status: **N/A** |
| NUIN # **N/A** | Speak/Understand English **N/A** | CBP Family Unit ID **N/A** |
| SEN #: **N/A** | Read/Write English: **N/A** | CBP Separation Reason: **N/A** |
| TECS Subject #: **N/A** | Primary Language: **SPANISH** | Accompanying Family Member Relation: **N/A** |
| U S Veteran Status **N** | Family Members **N/A** | Accompanying Family Member Subject ID **N/A** |
| Relationship to U.S. Veteran(s): **N/A** | | Consequence Delivery System Selection: **N/A** |
| | | ICE Family ID **N/A** |

## I-213 Narrative

### Narrative 1 : Created Date: 06/14/2025 03:18 PM

******************************PRE PROCESSED NARRATIVE, PLEASE VERIFY ALL INFO**********************************
T OTHIS NARRATIVE
ICE/ERO Atlanta Criminal Alien Program ERO officers encountered GUEVARA, MARIO at the Dekalb County Jail, GA . On 06/14/2025, GUEVARA was arrested by the Doraville Police Department, GA and charged with 1) Willful Obstruction of law enforcement officers 2) Unlawful Assembly. GUEVARA was booked into the Dekalb County Jail on the above charges.

On 06/18/2025, GUEVARA was transported to the Folkston Ice office for processing.

088 402 287
NAME: Guevara, Mario
DOB: ███████████
COB: EL SALVADOR

IMM STATUS: (Admin Closure)
IMMIGRATION HISTORY: GUEVARA is a citizen and national of EL SALVADOR by birth. GUEVARA does not have any immigration documents that would allow the subject to enter or remain in the United States legally.

GUEVARA does have a pending I-130 IR5-Parent of USC (receipt number IOE9109732601) petition that would allow him to enter or reside permanently in the United States legally.

GUEVARA entered the country legally as a B1 for travel on 06/05/2002 valid to 09/10/2002, GUEVARA departed on 08/04/2002.

GUEVARA entered the country legally as a B1 for travel on 03/29/2004 valid to 06/28/2004, GUEVARA stayed past 06/28/2004, there is no documentation showing GUEVARA ever departed.

PCQS shows an Exit APIS on 04/29/2004 ████████████████████

PCQS shows a Border Crossing on 07/01/2011 ████████████████

GUEVARA was granted a Voluntary Departure on 06/21/2002, GUEVARA reserved appeal, BIA administratively closed case on 12/17/2012.


FAMILY / DERIVATIVE CITIZENSHIP:
GUEVARA stated to ICE Officer _____ that both of his parents are natives and citizens of EL SALVADOR.

GUEVARA stated to ICE Officer _____ that he is married; and has 1 child born in the United States.

GUEVARA stated to ICE Officer _____that he was currently employed as a _____.

GUEVARA stated to ICE Officer _____ that he resides at _____.

GUEVARA does not derive and does not claim United States Citizenship.


Criminal History:
On 06/14/2025, GUEVARA was arrested by the Doraville Police Department, GA and charged with Willful Obstruction of law enforcement officers.
Disposition: Pending.

On 06/14/2025, GUEVARA was arrested by the Doraville Police Department, GA and charged with Unlawful Assembly.

Disposition: Pending.

GUEVARA was issued an I-200, Warrant of Arrest and a I-286, Notice of Custody Determination.

A Motion To Reopen will be submitted.

CUSTODY DETERMINATION:
GUEVARA was not given a bond during processing.

CONSULATE NOTIFICATION:
GUEVARA was advised of his right to contact his consular official; notification was made via fax; he declined.

VIOLENCE AGAINST WOMAN ACT (VAWA) - U/T VISA:
GUEVARA stated that he has no VAWA, T-visa, or U-visa case pending.

FREE LEGAL SERVICES:
GUEVARA was provided with a list of free legal service providers.

MEDICAL INFORMATION:
GUEVARA is not taking any medications at this time.

GANG AFFILIATION:
GUEVARA does not claim membership or affiliation with any gangs.

# AMBROISE DECLARATION

# EXHIBIT D

GEORGIA, GWINNETT
STATE OF GEORGIA

Warrant No. : **25W-11362**

Case No. : **GS250003487**

v.
MARIO GUEVARA

DOB: ███████, Race:W, Sex: Male, Height:''', Weight:, Hair:BRO
(Brown), Eyes:BRO (Brown)
Custody: Yes Location: DEKALB COUNTY JAIL

### AFFIDAVIT

Personally appeared the undersigned prosecutor, **Angeleek Rodriguez** who, on oath, says that, to the best of the prosecutor's knowledge and belief, the above named accused. between **5/20/2025 6:00:00 PM** and **5/20/2025 8:00:00 PM** at **2105 Preston Lake Dr, Tucker, GA, 30084**, **GWINNETT** COUNTY did commit the offense of **RECKLESS DRIVING ( Misdemeanor )** in violation of O.C.G.A . **40-6-390** and against **State of GEORGIA** and the laws of the State of **GEORGIA** . The facts of this affidavit for arrest are based on: **GUEVARA DROVE AT A HIGH RATED SPEED THROUGH AN APARTMENT COMPLEX WHERE INDIVIDUALS WERE OUT WALKING IN AN ATTEMPT TO CATCH UP TO UC VEHICLES TO RECORD THEM WHILE DEPUTIES WERE CONDUCTING AN INVESTIGATION.** Prosecutor makes this affidavit that a warrant may be issued for the accused person's arrest.

Sworn to and subscribed before me **6/17/2025 10:57:42 PM**

*[signature]*

*[signature]* SO1954

Judge : **K Miles**

Magistrate Court of **GWINNETT COUNTY**

Prosecutor : Angeleek Rodriguez
Badge : **SO1954  Agency :** Gwinnett County Sheriff
Office

### STATE WARRANT FOR ARREST

To any Sheriff, Deputy Sheriff, Coroner, Constable or Marshal of this State -- Greetings:
For sufficient cause made known to me in the above affidavit, incorporated by reference herein, and other sworn testimony, you are hereby commanded to arrest the accused **MARIO GUEVARA** named in the above affidavit, charged by the prosecutor therein with the above offense(s) against the laws of this State at the time, place and manner named in the above affidavit, and bring the accused before me or another judicial officer of this State to be dealt with as the law directs. Herein fail not.

**6/17/2025 10:57:42 PM**

*[signature]*

Judge : **K Miles**

Magistrate Court of **GWINNETT COUNTY**

### ORDER FOR BOND

**IT IS HEREBY ORDERED** that the aforesaid accused, **MARIO GUEVARA**, be and is hereby granted bail to be made with sufficient surety as approved by the Sheriff of **GWINNETT** COUNTY in the amount of **$1,000.00** to assure the presence of said accused at arraignment, trial and final disposition in the Superior Court / State Court of **GWINNETT COUNTY**.

Witness my hand and seal, **6/17/2025 10:57:42 PM**

*[signature]*

Judge : **K Miles**

Magistrate Court of **GWINNETT COUNTY**

- ☐ FELONY
- ☑ MISDEMEANOR
- ☑ IN CUSTODY

- ☐ FAMILY VIOLENCE
- ☐ SPECIAL CONDITIONS OF BOND

- ☐ PROBATION
- ☐ PAROLE





## CRIMINAL ARREST WARRANT

**GEORGIA, GWINNETT**
**STATE OF GEORGIA**
v.
**MARIO GUEVARA**

Warrant No. : **25W-11363**

Case No. : **GS250003487**

DOB: [REDACTED], Race:W, Sex: Male, Height:'", Weight:, Hair:BRO
(Brown), Eyes:BRO (Brown)
Custody: Yes Location: DEKALB COUNTY JAIL

### AFFIDAVIT

Personally appeared the undersigned prosecutor, **Angeleek Rodriguez** who, on oath, says that, to the best of the prosecutor's knowledge and belief, the above named accused, between 5/20/2025 6:00:00 PM and 5/20/2025 8:00:00 PM at 2105 Preston Lake Dr, Tucker, GA, 30084, **GWINNETT** COUNTY did commit the offense of **Unlawful Use Of A Telecommunication Device ( Misdemeanor )** in violation of O.C.G.A . 40-6 -241.2 and against **State of GEORGIA** and the laws of the State of GEORGIA . The facts of this affidavit for arrest are based on: **Guevara grabbed his telecommunication device while on facebook live while driving to show UC vehicles driving past him.** Prosecutor makes this affidavit that a warrant may be issued for the accused person's arrest.

Sworn to and subscribed before me 6/17/2025 10:57:42 PM

_[signature]_

_[signature]_ SO1954

_____
Judge : **K Miles**
Magistrate Court of **GWINNETT COUNTY**

_____
Prosecutor : Angeleek Rodriguez
Badge : SO1954  Agency : Gwinnett County Sheriff
Office

### STATE WARRANT FOR ARREST

To any Sheriff, Deputy Sheriff, Coroner, Constable or Marshal of this State -- Greetings:
For sufficient cause made known to me in the above affidavit, incorporated by reference herein, and other sworn testimony, you are hereby commanded to arrest the accused **MARIO GUEVARA** named in the above affidavit, charged by the prosecutor therein with the above offense(s) against the laws of this State at the time, place and manner named in the above affidavit, and bring the accused before me or another judicial officer of this State to be dealt with as the law directs. Herein fail not.

**6/17/2025 10:57:42 PM**

_[signature]_

_____
Judge : **K Miles**
Magistrate Court of **GWINNETT COUNTY**

### ORDER FOR BOND

**IT IS HEREBY ORDERED** that the aforesaid accused, **MARIO GUEVARA**, be and is hereby granted bail to be made with sufficient surety as approved by the Sheriff of **GWINNETT** COUNTY in the amount of **$1,000.00** to assure the presence of said accused at arraignment, trial and final disposition in the Superior Court / State Court of **GWINNETT COUNTY**.

Witness my hand and seal, **6/17/2025 10:57:42 PM**

_[signature]_

_____
Judge : **K Miles**
Magistrate Court of **GWINNETT COUNTY**

| | | | | | |
|---|---|---|---|---|---|
| ☐ | FELONY | ☐ | FAMILY VIOLENCE | ☐ | PROBATION |
| ☑ | MISDEMEANOR | ☐ | SPECIAL CONDITIONS OF BOND | ☐ | PAROLE |
| ☑ | IN CUSTODY | | | | |





**CRIMINAL ARREST WARRANT**

GEORGIA, GWINNETT
STATE OF GEORGIA
v.
MARIO GUEVARA

Warrant No. : 25W-11364

Case No. : GS250003487

DOB: ███████ , Race:W, Sex: Male, Height:'", Weight:, Hair:BRO
(Brown), Eyes:BRO (Brown)
Custody: Yes Location: DEKALB COUNTY JAIL

**AFFIDAVIT**

Personally appeared the undersigned prosecutor, **Angeleek Rodriguez** who, on oath, says that, to the best of the prosecutor's knowledge and belief, the above named accused, between 5/13/2025 10:00:00 AM and 5/13/2025 11:00:00 AM at **singleton rd and pirkle rd sb**, NORCROSS, GA, 30093, GWINNETT COUNTY did commit the offense of **FAILURE TO OBEY SIGNS OR CONTROL DEVICES ( Misdemeanor )** in violation of O.C.G.A . **40-6-20** and against **State of GEORGIA** and the laws of the State of **GEORGIA** . The facts of this affidavit for arrest are based on: **Guevara swerved to the right lane in order to pass a vehicle, then failed to stop at a red light while following unmarked law enforcement vehicles while he was streaming on Facebook live.** Prosecutor makes this affidavit that a warrant may be issued for the accused person's arrest.

Sworn to and subscribed before me **6/17/2025 10:57:42 PM**

_Judge : K Miles_
Magistrate Court of **GWINNETT COUNTY**

Prosecutor : Angeleek Rodriguez
Badge : SO1954  Agency : Gwinnett County Sheriff
Office

**STATE WARRANT FOR ARREST**

To any Sheriff, Deputy Sheriff, Coroner, Constable or Marshal of this State -- Greetings:
For sufficient cause made known to me in the above affidavit, incorporated by reference herein, and other sworn testimony, you are hereby commanded to arrest the accused **MARIO GUEVARA** named in the above affidavit, charged by the prosecutor therein with the above offense(s) against the laws of this State at the time, place and manner named in the above affidavit, and bring the accused before me or another judicial officer of this State to be dealt with as the law directs. Herein fail not.

**6/17/2025 10:57:42 PM**

_Judge : K Miles_
Magistrate Court of **GWINNETT COUNTY**

**ORDER FOR BOND**

**IT IS HEREBY ORDERED** that the aforesaid accused, **MARIO GUEVARA**, be and is hereby granted bail to be made with sufficient surety as approved by the Sheriff of **GWINNETT** COUNTY in the amount of **$1,000.00** to assure the presence of said accused at arraignment, trial and final disposition in the Superior Court / State Court of **GWINNETT COUNTY**.

Witness my hand and seal, **6/17/2025 10:57:42 PM**

_Judge : K Miles_
Magistrate Court of **GWINNETT COUNTY**

| | | |
|---|---|---|
| ☐ FELONY | ☐ FAMILY VIOLENCE | ☐ PROBATION |
| ☑ MISDEMEANOR | ☐ SPECIAL CONDITIONS OF BOND | ☐ PAROLE |
| ☑ IN CUSTODY | | |

