IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| MARIO ALEXANDER GUEVARA,<br><br>          Petitioner,<br><br>     v.<br><br>WARDEN, FOLKSTON ICE PROCESSING CENTER,<br><br>          Respondent. | CIVIL ACTION NO.: 2:25-cv-104 |

**O R D E R**

Petitioner Mario Guevara ("Guevara"), through counsel, has filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Doc. 1. Guevara is currently detained at the Folkston Immigration and Customs Enforcement ("ICE") Facility in Folkston, Georgia, yet the Petition was filed in the Brunswick Division of this Court. Thus, the Court **DIRECTS** the Clerk of Court to **TRANSFER** the instant cause of action to the Waycross Division of this Court for plenary disposition. The filings in the new case should bear the same dates as those contained in the above-captioned case.

Guevara's counsel has filed a Motion for a Hearing on his motion for temporary restraining order. Doc. 10. The Court **GRANTS** that Motion and has set this matter for a hearing for Wednesday, August 27, 2025.

**SO ORDERED**, this 26th day of August, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA