## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

| | |
|---|---|
| Mario Alexander GUEVARA, | |
| *Petitioner*, | Case No. 5:25-cv-00086 |
| v. | |
| Ladeon FRANCIS, in his official capacity as Director of the Atlanta Field Office, Immigration and Customs Enforcement *et al*., | |
| *Respondents*. | |

### NOTICE OF FILING PROOF OF SERVICE

Petitioner respectfully submits the attached Affidavit of Mailing of Anika Venkatesh as proof of service upon Ladeon Francis, Director of the Atlanta Field Office for Immigration and Customs Enforcement in the above-captioned matter.

Dated: September 8, 2025

Respectfully submitted,

/s/ *Andres Lopez-Delgado*
Andres Lopez-Delgado (GA Bar # 552876)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF GEORGIA
P.O. Box 570738,
Atlanta, GA 30357
(770) 415-5490
adelgado@acluga.org

*Counsel for Petitioner*

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the foregoing Notice of Proof of Service and all supporting documents to be served on all counsel of record by filing same through the Court's CM/ECF system.

Dated: September 8, 2025                     Respectfully submitted,

*/s/ Andres Lopez-Delgado*
Andres Lopez-Delgado (GA Bar # 552876)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF GEORGIA
P.O. Box 570738,
Atlanta, GA 30357
(770) 415-5490
adelgado@acluga.org

*Counsel for Petitioner*