# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| Mario Alexander GUEVARA,<br><br>    *Petitioner*,<br><br>v.<br><br>Ladeon FRANCIS, in his official capacity as Director of the Atlanta Field Office, Immigration and Customs Enforcement *et al.*,<br><br>    *Respondents*. | Case No. 5:25-cv-00086 |

## DECLARATION OF SERVICE OF PROCESS

I, Anika Venkatesh, hereby certify that I am more than 18 years of age and not a party to this action.

I certify that I caused the Summons; Petition for Writ of Habeas Corpus and Complaint; Civil Cover Sheet; Disclosure Statement of Parties and lntervenors; Petitioner's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction with its 9 attachments, Memorandum Of Law in Support of Emergency Motion For Temporary Restraining Order and/or Preliminary Injunction and 8 Declarations, in this action to be served upon Ladeon Francis, Director of the Atlanta Field Office for Immigration and Customs Enforcement, 180 Ted Turner Dr. SW, Ste 5222, Atlanta Georgia 30303 by certified mail on September 2, 2025. The certified mail tracking number on that package was 70171000000053571690. That package was delivered to that address on September 4, 2025, as shown by the U.S. Postal Service proof of delivery, appended hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of September, 2025.    /s/ Anika Venkatesh
                                                                     Anika Venkatesh

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing Declaration of Process of Service and all supporting documents to be served on all counsel of record by filing same through the Court's CM/ECF system.

Dated: September 8, 2025                                    Respectfully submitted,

/s/ *Andres Lopez-Delgado*
Andres Lopez-Delgado (GA Bar # 552876)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF GEORGIA
P.O. Box 570738,
Atlanta, GA 30357
(770) 415-5490
adelgado@acluga.org

*Counsel for Petitioner*

UNITED STATES POSTAL SERVICE

September 8, 2025

Dear Anika Venkatesh:

The following is in response to your request for proof of delivery on your item with the tracking number: **7017 1000 0000 5357 1690**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | September 4, 2025, 12:40 pm |
| **Location:** | ATLANTA, GA 30303 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 4lb, 12.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *Brandon J Carson* |
| Address of Recipient: | *180 Ted Turner 52* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70171000000053571690

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:40 pm on September 4, 2025 in ATLANTA, GA 30303.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

ATLANTA, GA 30303
September 4, 2025, 12:40 pm

### Out for Delivery

ATLANTA, GA 30303
September 4, 2025, 6:10 am

### Arrived at Post Office

ATLANTA, GA 30304
September 4, 2025, 4:01 am

### Arrived at USPS Regional Destination Facility

ATLANTA GA DISTRIBUTION CENTER
September 4, 2025, 2:36 am

### Arrived at USPS Regional Facility

ATLANTA GA DISTRIBUTION CENTER
September 3, 2025, 11:44 pm

### Departed USPS Regional Facility

Feedback

JERSEY CITY NJ DISTRIBUTION CENTER
September 3, 2025, 5:47 am

**Arrived at USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
September 2, 2025, 11:50 pm

**Departed USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
September 2, 2025, 11:25 pm

**Arrived at USPS Regional Origin Facility**

NEW YORK NY DISTRIBUTION CENTER
September 2, 2025, 7:16 pm

**Departed USPS Facility**

NEW YORK, NY 10004
September 2, 2025, 5:47 pm

**USPS in possession of item**

NEW YORK, NY 10004
September 2, 2025, 5:20 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

## Text & Email Updates

## Return Receipt Electronic

✓ Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

avenkatesh@aclu.org

## USPS Tracking Plus®

**Product Information** ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ **FAQs** ]