UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| Mario Alexander GUEVARA,<br><br>    *Petitioner*,<br><br>v.<br><br>Ladeon FRANCIS, in his official capacity,<br><br>    *Respondents*. | Case No. 25–cv–00086<br><br>**EMERGENCY HEARING REQUESTED** |

**MOTION FOR AN EMERGENCY HEARING AND
TEMPORARY RESTRAINING ORDER**

Mr. Guevara, by and through counsel, notifies the Court that the Board of Immigration Appeals has today, September 19, 2025, issued a decision pertaining to Mr. Guevara that could have immediate consequences. Undersigned counsel requests an emergency hearing to be held today, and that a TRO be issued immediately that orders his release.

A brief in support of this motion is forthcoming.

Dated: September 19, 2025

Respectfully submitted,

*/s/ Cory Isaacson*

Scarlet Kim*
Vera Eidelman*
Tyler Takemoto*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
scarletk@aclu.org
veidelman@aclu.org
ttakemoto@aclu.org

Michael K.T. Tan*
American Civil Liberties Union Foundation
425 California Street, 7th Floor
San Francisco, CA 94104
(808) 490-3806
m.tan@aclu.org

Andres Lopez-Delgado (GA Bar # 552876)
Cory Isaacson (GA Bar # 983797)
American Civil Liberties Union
Foundation of Georgia
P.O. Box 570738
Atlanta, GA 30357
(770) 415-5490
adelgado@acluga.org
cisaacson@acluga.org

Clare R. Norins (GA Bar # 575364)
Ward Evans* (GA Bar # 487147)
First Amendment Clinic
University of Georgia School of Law
P.O. Box 388
Athens, Georgia 30603
(706) 542-1419

Giovanni Diaz (GA Bar # 246622)
Jessica Calmes (GA Bar # 202719)
Zachary Gaeta (GA Bar # 507940)
Diaz & Gaeta Law, LLC
2400 Herodian Way SE, Suite 275
Smyrna, GA 30080
(678) 503-2780
(404) 341-9370
diaz@dglawga.com
calmes@dglawga.com
gaeta@dglawga.com

cnorins@uga.edu
ward.evans@uga.edu

Donald F. Samuel (GA Bar # 624475)
Garland, Samuel & Loeb, P.C.
3151 Maple Drive
Atlanta, GA 30305
(404) 262-2225
dfs@gsllaw.com

*Admitted *pro hac vice*

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

 I hereby certify that I have caused a true and correct copy of the **MOTION FOR AN EMERGENCY HEARING AND TEMPORARY RESTRAINING ORDER** and all supporting documents to be served on all counsel of record by filing through the Court's CM/ECF system.

Dated: September 19, 2025         Respectfully submitted,

                /s/ *Cory Isaacson*