IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| MARIO ALEXANDER GUEVARA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, FOLKSTON ICE PROCESSING CENTER,<br><br>　　　　Respondent. | CIVIL ACTION NO.: 5:25-cv-86 |

**ORDER**

Non-party The Intercept Media, Inc., filed an Unopposed Motion to Intervene and to Lift Remote Access Restrictions Under Federal Rule of Civil Procedure 5.2(c).  Doc. 40.  The Intercept states counsel for the parties do not oppose its intervention and Petitioner's counsel states that Petitioner consents to lifting the remote access restrictions to make this matter electronically available to the public.  Id. at 1.  The Court **GRANTS** The Intercept's Motion.  The Intercept shall be placed on the record and docket of this case as a non-party intervenor.  The Court **DIRECTS** the Clerk of Court to lift the remote access restrictions placed on the filings in this case.  Fed. R. Civ. P. 5.2(c).

**SO ORDERED**, this 22nd day of September, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA