UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| Mario Alexander GUEVARA,<br><br>*Petitioner*,<br><br>v.<br><br>LaDeon FRANCIS, in his official capacity as Director of the Atlanta Field Office, Immigration and Customs Enforcement *et al*.,<br><br>*Respondents*. | Case No. 25–cv–86 |

**PETITIONER'S EMERGENCY MOTION FOR
TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

Petitioner Mario Alexander Guevara respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 65, for a temporary restraining order and/or preliminary injunction (1) enjoining his removal from the United States pending adjudication of this action or, in the alternative, this motion and the prior pending emergency motion, and (2) ordering his immediate release. Petitioner seeks a temporary restraining order until the Court resolves the motion for preliminary injunction. In the alternative, Petitioner seeks expedited consideration of his preliminary injunction motion.

Mr. Guevara seeks this relief now because of four orders issued by the Board of Immigration Appeals ("BIA") on September 19, 2025: (1) an order recalendering his removal proceedings, which the Government had administratively closed in 2012; (2) an order dismissing his request to remand the removal proceedings to the Immigration Judge ("IJ") so that he may apply for adjustment of status; (3) an order affirming a June 2012 order by the IJ denying him relief from removal but granting him voluntary departure, and *not* entering a final order of removal; and (4) an order dismissing the Government's appeal of the July 1, 2025 IJ bond order granting him release from detention. In

1

combination, these orders mean that Mr. Guevara must remain in detention, with no recourse other than this proceeding to challenge its legality and that, precisely because Mr. Guevara is in detention, he could be put on a plane to El Salvador at any moment, even though the 2012 IJ decision grants him voluntary departure, affording him 60 days to voluntarily leave the United States.

Mr. Guevara currently has a pending emergency motion for preliminary relief ordering his immediate release from detention. This motion differs in two ways. First, as a result of the BIA's orders, described above, in addition to the First and Fifth Amendment claims set forth in his initial motion, Mr. Guevara now argues that he must be immediately released because the Government currently has no authority to detain him under the Immigration and Nationality Act. In addition, these factual developments—which could result in Mr. Guevara's deportation from this country at any moment—only heighten the urgency of Mr. Guevara's request. Second, it additionally seeks an emergency order barring Mr. Guevara's removal from the United States pending resolution of this action or, at a minimum, this motion and the prior pending emergency motion, in order to preserve this Court's jurisdiction under the All Writs Act, 28 U.S.C. § 1651.

In support of the motion, Petitioner relies upon the Petition–Complaint, the first Motion for Preliminary Injunction and its supporting materials, and a supporting memorandum of law and supplemental declarations by Jessica Calmes and Scarlet Kim submitted herewith.

Dated: September 22, 2025

Andres Lopez-Delgado (GA Bar # 552876)
Cory Isaacson (GA Bar # 983797)
American Civil Liberties Union
Foundation of Georgia
P.O. Box 570738,
Atlanta, GA 30357
(770) 415-5490
adelgado@acluga.org
cisaacson@acluga.org

Michael K.T. Tan*
American Civil Liberties Union Foundation
425 California Street, 7th Floor
San Francisco, CA 94104
(808) 490-3806
m.tan@aclu.org

Giovanni Diaz (GA Bar # 246622)
Jessica Calmes (GA Bar # 202719)
Zachary Gaeta (GA Bar # 507940)
Diaz & Gaeta Law, LLC
2400 Herodian Way SE, Suite 275
Smyrna, GA 30080
(678) 503-2780
(404) 341-9370
diaz@dglawga.com
calmes@dglawga.com
gaeta@dglawga.com

Respectfully submitted,

/s/ *Scarlet Kim*
Scarlet Kim*
Vera Eidelman*
Tyler Takemoto*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
scarletk@aclu.org
veidelman@aclu.org
ttakemoto@aclu.org

Clare R. Norins (GA Bar # 575364)
Ward Evans[+] (GA Bar # 487147)
First Amendment Clinic
University of Georgia School of Law
P.O. Box 388
Athens, Georgia 30603
(706) 542-1419
cnorins@uga.edu
ward.evans@uga.edu

Donald F. Samuel (GA Bar # 624475)
Garland, Samuel & Loeb, P.C.
3151 Maple Drive
Atlanta, GA 30305
(404) 262-2225
dfs@gsllaw.com

*Admitted *pro hac vice*
[+]Admission pending

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused a true and correct copy of the foregoing Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction to be served on all counsel of record by filing same through the Court's CM/ECF system.

Dated: September 22, 2025                      Respectfully submitted,

                                                        /s/ *Scarlet Kim*
                                                        Scarlet Kim