UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| Mario Alexander GUEVARA,<br><br>*Petitioner*,<br><br>v.<br><br>LaDeon FRANCIS, in his official capacity as Director of the Atlanta Field Office, Immigration and Customs Enforcement *et al.*,<br><br>*Respondents*. | Case No. 25–cv–86 |

### SUPPLEMENTAL DECLARATION OF SCARLET KIM

I, Scarlet Kim, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. I am over the age of 18, am competent to give this declaration, and testify from my own personal knowledge regarding the facts in this declaration.

2. I am a Senior Staff Attorney with the American Civil Liberties Union and counsel in this action. I submit this declaration in support of Petitioner's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction.

3. On September 19, 2025, at 5:44 PM, I sent an email to Woelke Leithart, counsel for Respondents, asking whether Respondents could provide an assurance that they would honor Mr. Guevara's voluntary departure order and not remove him during the 60-day window to voluntarily depart allotted by the order. Attached as **Exhibit 22** is a true and correct copy of that email.

1

4. On September 22, 2025, at 9:02 AM, Mr. Leithart responded by email that he would pass my request along to Respondent ICE. Attached as **Exhibit 22** is a true and correct copy of that email.

5. As of 4:45 PM today, Respondents have not responded to Mr. Guevara's request.

Executed this 22nd day of September, 2025

_____

Scarlet Kim

# Exhibit 22

| | |
|---|---|
| **From:** | Leithart, Woelke (USAGAS) |
| **To:** | Scarlet Kim |
| **Subject:** | RE: Guevara v. Francis - Voluntary Departure Order |
| **Date:** | Monday, September 22, 2025 9:02:33 AM |
| **Attachments:** | image001.png |

**This Message Is From an External Sender**
This message came from outside your organization.

Dear Scarlet,

I will pass it on to ICE.

Thanks,
Woelke

**From:** Scarlet Kim <ScarletK@aclu.org>
**Sent:** Friday, September 19, 2025 5:44 PM
**To:** Leithart, Woelke (USAGAS) <Woelke.Leithart@usdoj.gov>
**Cc:** 
**Subject:** [EXTERNAL] Guevara v. Francis - Voluntary Departure Order

Dear Woelke,

We are writing to ask whether your clients can provide an assurance that they will honor the voluntary departure order and not remove Mr. Guevara during the 60-day window.

Thank you.

Best,
Scarlet

**Scarlet Kim**

Senior Staff Attorney, Speech, Privacy & Technology Project
American Civil Liberties Union
125 Broad St., New York, NY 10004

 | scarletk@aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please*

*immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*