IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MARIO ALEXANDER GUEVARA,

    Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER, et al.,

    Respondents.

CIVIL ACTION NO.: 5:25-cv-86

**O R D E R**

Respondent filed a Motion to Set Response Deadline. Doc. 52. Respondent asks the Court to clarify the deadline for response to the 28 U.S.C. § 2241 Petition, given the ambiguity between the Court's September 24, 2025 Order and other information contained on the docket. Id. (citing Doc. 51). Indeed, the docket text for Document Number 48, which is the executed return for the Warden, states the Warden's response is due October 1, 2025. However, a docket entry dated September 24, 2025, states the Warden's response is due November 10, 2025. Respondent states he does not oppose a shift in the timeline for response and proposes October 1, 2025, as the deadline for response to the Petition. Doc. 52.

The Court **GRANTS** Respondent's Motion. Doc. 52. Respondent shall file any desired response to the § 2241 Petition **on or before October 1, 2025**. The Court further clarifies that the United States Marshals Service need not serve the Warden or the Attorney General again but, to the extent the civil process clerk with the United States Attorney's Office has not been served,

the Marshals Service shall serve the clerk.  Service on the Warden and Attorney General has likely already been completed.  See Docs. 35, 41, 48.

    **SO ORDERED**, this 26th day of September, 2025.

                                                  _____
                                                  BENJAMIN W. CHEESBRO
                                                  UNITED STATES MAGISTRATE JUDGE
                                                  SOUTHERN DISTRICT OF GEORGIA