UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| Mario Alexander GUEVARA,<br><br>*Petitioner*,<br><br>v.<br><br>Warden of Folkston ICE Processing Center,<br><br>*Respondent*. | Case No. 25–CV–86<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner Mario Guevara, by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed against Respondent Warden of Folkston ICE Processing Center.

Dated: October 3, 2025

Andres Lopez-Delgado (GA Bar # 552876)
Cory Isaacson (GA Bar # 983797)
American Civil Liberties Union
Foundation of Georgia
P.O. Box 570738,
Atlanta, GA 30357
(770) 415-5490
adelgado@acluga.org
cisaacson@acluga.org

Respectfully submitted,

*/s/ Scarlet Kim*
Scarlet Kim*
Vera Eidelman*
Tyler Takemoto*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
scarletk@aclu.org
veidelman@aclu.org
ttakemoto@aclu.org

1

Michael K.T. Tan*
American Civil Liberties Union Foundation
425 California Street, 7th Floor
San Francisco, CA 94104
(808) 490-3806
m.tan@aclu.org

Clare R. Norins (GA Bar # 575364)
Ward Evans[+] (GA Bar # 487147)
First Amendment Clinic
University of Georgia School of Law
P.O. Box 388
Athens, Georgia 30603
(706) 542-1419
cnorins@uga.edu
ward.evans@uga.edu

Giovanni Diaz (GA Bar # 246622)
Jessica Calmes (GA Bar # 202719)
Zachary Gaeta (GA Bar # 507940)
Diaz & Gaeta Law, LLC
2400 Herodian Way SE, Suite 275
Smyrna, GA 30080
(678) 503-2780
(404) 341-9370
diaz@dglawga.com
calmes@dglawga.com
gaeta@dglawga.com

Donald F. Samuel (GA Bar # 624475)
Garland, Samuel & Loeb, P.C.
3151 Maple Drive
Atlanta, GA 30305
(404) 262-2225
dfs@gsllaw.com

*Admitted *pro hac vice*
[+] Admission pending

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused a true and correct copy of the foregoing Notice of Dismissal to be served on all counsel of record by filing same through the Court's CM/ECF system.


Dated: October 3, 2025                             Respectfully submitted,

                                                                             /s/ *Scarlet Kim*
                                                                             Scarlet Kim