# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

MARIO ALEXANDER GUEVARA,

    Petitioner,

v.

                                               CV 525-086

GEORGE STERLING, et al.,

    Respondents.

## ORDER

Before the Court is the parties' Notice of Voluntary Dismissal, no. 60, wherein they notify the Court that they wish to dismiss this action. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment); see also Webb v. Jones, No. 5:18cv176, 2019 WL 587920, at *1 (N.D. Fla. Jan. 10, 2019) (noting that habeas petitioners may avail themselves of Rule 41(a)(1)). Accordingly, all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

    **SO ORDERED**, this 6 day of October, 2025.

                                                         HON. LISA GODBEY WOOD, JUDGE
                                                         UNITED STATES DISTRICT COURT
                                                          SOUTHERN DISTRICT OF GEORGIA